CIVIL NON-JURY TRIAL OR MOTION HEARING  Date:  October 1, 2015
MINUTE SHEET

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>ALFREDO R. PRIETO<br>　　　v.<br>HAROLD W. CLARKE, et al. | CASE NO:  3:15CV00587-HEH<br><br>JUDGE:  Hudson, USDJ<br><br>COURT REPORTER:  Harding, OCR |

MATTER ON FOR:　　( ) Bench Trial　　( ) Motion Hearing　　(X) OTHER:  ___Motion Hearing___

APPEARANCES:　　__All parties by counsel__

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) ( )　DEFENDANT(S) ( )　COURT ( )
OPENING STATEMENTS MADE ( )　OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )　RESTED ( )　MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )　RESTED ( )　MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )　SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )　ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )　MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANT(S ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION ( )　TRIAL EXHIBITS RETURNED TO COUNSEL ( )
CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

**ADDITIONAL NOTATIONS:**

Matter came on for hearing on Plaintiff's Emergency Motion for Preliminary Injunction (CM/ECF #3),
　Defendants' Motion to Dismiss Plaintiff's Request for Preliminary Injunctive Relief (CM/ECF #11),
　and Defendants' Motion to Dissolve TRO (CM/ECF #15).
Opening statements made.
Plaintiff adduced evidence; rested.
Defendant adduced evidence; rested.
Argument heard.
Memorandum Opinion and Order to enter.

_____
*Counsel for Plaintiff:*

　• Elizabeth J. Peiffer, Esq. and Robert E. Lee, Jr., Esq.
_____
*Counsel for Defendants:*

　• Margaret H. O'Shea, Esq. and Richard C. Vorhis, Esq.
_____

SET:  1:00 p.m.　　BEGAN:  1:02 p.m.　　ENDED:  3:15 p.m.　　TIME IN COURT:  2:13

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  VIRGINIA

ALFREDO R. PRIETO
V.
HAROLD W. CLARKE, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:15CV00587-HEH

| PRESIDING JUDGE Hudson, USDJ | PLAINTIFF'S ATTORNEY Elizabeth Peiffer / Robert Lee, Jr. | DEFENDANT'S ATTORNEY Margaret O'Shea / Richard Vorhis |
|---|---|---|
| TRIAL DATE (S) Motions Hearing - 10/01/2015 | COURT REPORTER Harding, OCR | COURTROOM DEPUTY Pizzini |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PLAINTIFF |
| | | 10/1/2015 | | | Dr. James Ruble |
| 1 | | | X | X | Photograph of three (3) vials of pentobarbitol |
| 2 | | | X | X | DEA 222 form |
| 3 | | | X | X | Laboratory Report dated 4/27/2015 |
| | | | | | |
| | | | | | DEFENDANT |
| | | | | | A. David Robinson, VDOC |
| | | | | | Carlos A. Hernandez, VDOC |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.