FILED: October 1, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7553
(3:15-cv-00587-HEH)
_____

ALFREDO R. PRIETO

    Plaintiff - Appellant

v.

HAROLD W. CLARKE, Director, Virginia Department of Corrections; EDDIE PEARSON, Warden, Greensville Correctional Center; DAVID ZOOK, Warden, Sussex I State Prison; OTHER UNKNOWN EXECUTIONERS, EMPLOYEES, AND AGENTS, Virginia Department of Corrections

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to stay execution, the court denies the motion.

Entered at the direction of Judge Motz with the concurrence of Judge Shedd and Judge Diaz.

                              For the Court

                              /s/ Patricia S. Connor, Clerk