IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ALFREDO R. PRIETO, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 3:15CV587–HEH |
| HAROLD W. CLARKE, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER
(Dismissing Action As Moot)

Plaintiff Alfredo R. Prieto ("Prieto"), a Virginia state inmate sentenced to death, filed this civil rights action under 42 U.S.C. § 1983 challenging the method by which Virginia sought to execute him. On October 1, 2015, the Court denied Prieto's request stay his execution. On October 1, 2015, Virginia executed Prieto. Accordingly, the action IS DISMISSED AS MOOT.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Oct. 1, 2015
Richmond, Virginia